Michael E Bosse, # 121692
*(full name/prisoner number)*
1250 E. Arica AVE
Eloy - Arizona, S.C.C. Facility
85131 Cell MB-14
*(complete mailing address)*

U.S. COURTS
MAR 15 2021
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Michael E Bosse,
*(full name)*
Plaintiff,

v.

MR. HANSEN
MRS. STARR
MRS. DOLAN

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes ☐ No

**A. JURISDICTION**

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _______________; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is Michael E. Bosse. I am a citizen of the State of IDAHO, presently residing at IDAHO Dept of Corrections, Arizona, USA.

 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing MRS STARR (*defendant*), who was acting as DIRECTOR OF I.D.O.C. (*job title, if a person; function, if an entity*)

for the STATE OF IDAHO, DEPT OF CORRECTIONS, INTERSTATE CONTRACTS, ARIZONA (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on AUGUST 2020-THRU PRESENT 2021, Defendant ~~did~~ ARE VIOLATING POLICY + PROCEDURE AND VIOLATING THE DEPRIVATION OF LIFE-LIBERTY-PROPERTY the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: MRS STARR HAS + IS CURRENTLY ALLOWING RETALIATION + ABUSE FROM CELL SEARCHES FROM ARIZONA STAFF + MANAGEMENT IN A RESTRICTIVE HOUSING UNIT, NOW AND FOR OVER 2 YEARS, CURRENTLY 6 MONTHS IN ARIZONA, SHE IS ALLOWING MAIL-STEALING, MEDICAL DEPT TO DEPRIVE ME OF MEDICAL CARE + MEDICATIONS, SHE IS OVERSEEING THE ABUSE OF PLACING OVERCROWDED INMATES, "ME" IN A HOSTILE, RESTRICTIVE HOUSING UNIT FOR 6 MONTHS, WHERE I AM SUPOSE TO BE UNDER P.C. CUSTODY, I AM IN A TIER THAT IS TREATING ME AS IF AM IN TROUBLE, GETTING TIER GASED, LIVING IN RAW SEWAGE, NO HOT RUNNING WATER IN MY CELL, NO POWER, BROKEN TOILET, NO HEAT, NO CLEAN LAUNDRY, NO ACCESS TO COURTS OR PHONE TO CALL FAMILY + ATTORNIES, NO ACCESS TO GRIEVANCES, COMMISSARY, PLACING ME HERE AGAINST POLICY AND PROCEDURE, NO SHOWERS ICE COLD - 5 DAYS + FOUR MONTHS

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: U.S. CONST. AMEND VIII, PLUS I AM ON 24/7/365 LOCK DOWN ON LOCK DOWN, I AM THE ONLY ONE. THESE FACTS VIOLATE MY 8TH AMENDMENT CONSTITION RIGHTS, FOR CRUEL + UNUSUAL PUNISHMENT, ACCESS TO MEDICAL, DELIBERATE INDIFFERENCE, AND PLACING INMATE IN RESTRICTIVE HOUSING-INDEFFINENTLY AGAINST POLICY. RESTRICTIVE HOUSING

4. I allege that I suffered the following injury or damages as a result: ALMOST DIED, AS THEY TRIED TO SUFFICATE ME IN 180° A VAN, URINATED BLOOD FOR A WEEK, SUSTAINED EXTREME PHYSICAL + MENTAL HEAT STROKE + BODLY HEAT EXHAUSTION, 1ST DEG BURNS + BRUSING + JAUNDICE, WITH NO MEDICAL CARE, HIDING MY MEDS, NO EYE DOCTOR APPOINT FOR OVER A YEAR FOR GLYCOMA, SUSTAINING SEVERE EMOTIONAL + PHYSICOLOGICAL ABUSE.

5. I seek the following relief: TO HAVE DEFENDANTS RECUSED, DISMISSED, RE-ASSIGNED FROM THIER CURRENT POSITIONS, AND MONEY DAMAGES, + BRING ME BACK TO IDAHO, FOR A SUPERVISED PROTECTIVE CUSTODY ENVIROMENT, COURT COSTS, FEES, ATTY FEES, 5. TO HAVE ALL RETALIATION + ABUSE TO STOP IMEDIATLEY.

SEE EXHIBIT IDOC-Z6

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. FILED DOZENS OF GRIEVANCES AND CONCERN FORMS, AND ALSO VERBALLY COMMUNICATED THE ISSUES TO ARIZONA STAFF, AND IDOC MR HIGGINGS, MR HANSEN, MRS STARR, DOWN IDAHO + ARIZONA, CONGRESSMAN + WOMEN.

THEY ARE AWARE OF SITUATION FOR YEARS BUT DON'T ENFORCE CONTRACT ITS HAPPENING AGAIN, FROM TEXAS. 2018

Z6 - EXHIBIT DECLARATION OF MONTE HANSEN

U.S. COURTS
MAR 15 2021
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

LAWRENCE G. WASDEN
ATTORNEY GENERAL

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
mje@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants Ben Lee & Tim Higgins*

EXHIBIT
Z6
RETALIATION: HARRASMENT
ABUSE.
NOTE - 2/28/21, THE BEHAVIOR OF STAFF IS GETTING WORSE TOWARDS ME, IVE BEEN CHEWED OUT BY 5 STAFF IN A WEEK, WAITING FOR THEM - STATE OF MIND, TO GET physical with me.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MICHAEL EARL BOSSE,<br><br>Plaintiff,<br><br>vs.<br><br>I.D.O.C., R. BLADES, CARLIN, McKAY, HIGGINS, HANSEN, LEE, BILADEAU, CAPTAIN WOODWARD, RDUE and 8-HOUSE STAFF, WARDEN'S OFFICE STAFF, AND 2 @ S.I.C.I,<br><br>Defendants. | Case No. 1:19-CV-00271-REB<br><br>**DECLARATION OF MONTE HANSEN** |

I, Monte Hansen, declare and state as follows:

1. I am over the age of 18 and am otherwise competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge.

2. Plaintiff Michael Bosse was transferred to prison facilities in Texas on or around October of 2018 as part of efforts to avoid overcrowding in IDOC prisons.

3. In August of 2020, Plaintiff was subsequently transferred to a prison facility in Arizona after IDOC's contract for inmate housing in Texas expired.

4. I am a contract monitor with the Idaho Department of Correction. In my role I monitor contracts between IDOC and out-of-state prisons which house IDOC inmates.

5. Defendant Timothy Higgins previously performed this duty with IDOC before he retired in October of 2020.

6. As part of my duties, I ensure the out-of-state prisons' compliance with IDOC standards pursuant to a contract, but I do not have the authority to direct out-of-state prison official with regard to any particular inmate's medical treatment or conditions of confinement.

7. Neither I, nor Defendant Higgins before me, had the authority to direct any out-of-state prison official to provide Plaintiff Bosse with stamps, envelopes, medications, nor do I have the authority to direct Plaintiff's Bosse's housing placement within an out-of-state prison.

8. In the event that an out-of-state prison fails to comply with IDOC standards with regard to a particular inmate, I would work with that prison towards ensuring compliance with IDOC standards and, if those efforts failed, my only recourse would be to remove the particular inmate from that prison.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of October, 2020.

*/s/ Monte Hansen*
Monte Hansen

# "APPENDIX A. PARTIES"

1 THRU 5

CASE LAW

MICHAEL E BOSSE — SEE-WILSON V. SEITER-LIVING CONDITIONS
- 501. U.S. 294. 304-05, 111 S. CT. 2321, 2327, 115 L.Ed. 2nd 271, 283 1991

121692 -IDAHO
- SEE EG. DE MALLARY V. CULLEN 855 F. 2d 442. 7TH CIR. 1988
- LIVING IN SEGREGATION UNDER VIOLATION OF LIFE-LIBERTY + PROPERTY
SANDIN V. CONNER 115 S. CT 2293, 132 L. Ed. 2nd AT 432.
BUT CLASSIFIED AS PROTECTIVE CUSTODY, NOT A PROCEDURAL DUE PROCESS CLAIM. ITS POLICY + PROCEDURE CONTRACT CLAIM,

## C. DEFENDANTS AND CAUSES OF ACTION.

# 1. Defendant MR HANSEN, MONTE is a citizen of IDAHO
(Name of second defendant) (State)

whose address is UNKNOWN, BOISE IDAHO,

and who is employed as STATE OF ARIZONA, CONTRACT WARDEN, IDAHO DEPT OF CORRECTIONS.
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No. If your answer if "Yes," briefly explain: MR HANSEN PREVENTED ME FROM SUBMITTING CD-ROM-EVIDENCE IN MY U.P.C.R. MR HANSEN STARR AND MR HIGGINGS, OVER SEE THE PLACEMENT OF 800 INMATES, FROM IDAHO TO OTHER OUT OF STATE FACILITIES DUE TO OVER CROWDING, THEY ARE QUALITY CONTROLL AND THE CONTRACT MANAGER AND CONTRACT AUTHORITY FOR I.D.O.C.

#2. (FACTUAL BASIS OF THE CLAIM) SAME AS DEFENDANT # 1 MRS STARR.

#3. (LEGAL BASIS OF THE CLAIM) 1ST AMENDMENT AND ALSO THE SAME AS DEFENDANT # 1 MRS STARR

#4. 5. 6. AND 7) SAME AS DEFENDANT # 1 MRS. STARR.

* ALSO MR. HANSENS NEGLECT-DISMISSED MY CRIMINAL CASE-ADDING 12 YEARS TO MY SENTENCE,

**NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.**

* TODAY THEY AGAIN, WONT WASH MY CLOTHES-AND TURNED OFF THE HOT WATER SHOWER ON PURPOSE, WITH MALICE. THEY BEEN DOING THIS FOR MONTHS, NOW HAVE NOT HAD A SHOWER IN A WEEK!

## B. JURISDICTION

Jurisdiction is asserted pursuant to Idaho Code § 1-705 and Idaho Code § 18-310(1).

(*) NOTE, EXAMPLE OF UN-CONSTITUTIONAL POLICY-INTERSTATE/IDOC HERE @ SCC ARIZONA, WE SHARE THE FACILITY WITH OTHER CONTRACTS, HAWAII - NEVADA - KANSAS CITY - AND OTHERS, ALL OF THEIR PROTECTIVE CUTODY INMATES, GET TO ROME FREELY AND HAVE THEIR PROPERTY + ACCESS TO COMMISSARY EXCEPT IDAHO, AND I AM LIKE THE ONLY P.C. CASE HERE, LOCKED DOWN HAND CUFFED IN THE HOLE AS IF I AM INTROUBLE THATS NOT FAIR. MRS STARR MR HANSEN-DO NOTHING TO CORRECT THIS, UNCONSTITUTIONAL.

2-28-21 APROX

CONTINUATION: OF [C] SUPPORTING FACTS! - UNCONSTITUTIONAL POLICY
LEGAL FINDINGS AND EXHIBITS IN SUPPORT OF CLAIM.

(*) DEFENDANT # 2 MR HANSEN + MR HIGGINGS + MRS DOLAN. RANDY BLADES, HAVE BEEN PLAYING MONKEY IN THE MIDDLE FOR YEARS NOW, AS WE WERE HOUSED IN TEXAS, SAME CONTRACT. VIOLATING AN ARAY OF CIVIL RIGHTS FOR YEARS, WE CANT SUE THEM BECAUSE OF JURISDICTION, THEY LIVE + WORK IN IDAHO, BUT THE VIOLATIONS HAPPEN IN TEXAS, AND WE CANT SUE THEM IN IDAHO BECAUSE THE VIOLATIONS HAPPEN IN TEXAS, RENDORING THEM UN-SUEABLE, THE HONORABLE. U.S. FEDERAL JUDGE IN TEXAS, A. MOSES. AT A PRELIMINARY EMERGENCY INJUCTION HEARING SAID. ON 6-2020 APROX, I DONT WANT ANY OF THIS IDAHO CRAP IN MY COURTROOM, DR: 19-CV-0055-A.MOSES + GARCIA, HENCE" STILL LEAVING ME NOW - 02-05-21 WITH IN THE STATUTE OF LIMITATIONS TO EXTRACT MR. HANSENS VIOLATIONS AND TRY THEM HERE "NOW" FOR THE 1ST AMENDMENT VIOLATION IN ADDITION TO MY 8TH AMEND VIOLATION HERE, FOR FAILURE TO CONTACT THE OUTSIDE WORLD, FOR MY CRIMINAL CASE, NOT LETTING ME CALL MY PUBLIC DEFENDER (TEXAS + ARIZONA), OR MR BENNETT - PARA LEGAL FOR IDOC, MR HIGGINGS / HANSEN SAID TO CONTACT HIM IN REGWARDS TO RETURNING SOME STOLEN LEGAL MAIL - CD-ROM - FROM MRS ASHFORD, PARA LEGAL IDOC, OROFINO, + TO SUBMIT IT AS EVIDENCE IN MY U.P.C.R. PETITION, MY CASE WAS DISMISSED 2-5-21 FOR FAILURE TO PROVE MY BURDEN OF PROOF, "BECAUSE TEXAS WOULD NOT LET ME CALL MY ATTORNEY FOR FREE PHONE CALL" HANSEN WAS SUPPOSE TO LET ME CALL, FIX IT. AND NEVER DID, HE SAID HE WOULD AND DIDNT, EXHIBITS AVAILABLE. HENCE, CASE DISMISSED AS DAMAGES. ADDING 12 YEARS TO MY SENTENCE,

# "APPENDIX A. PARTIES" 1 THRU 5

MICHAEL E BOSSE
121692 - IDAHO

C. DEFENDANTS AND CAUSES OF ACTION.

#1. Defendant MRS DOLAN, JAQLYNN is a citizen of IDAHO
(Name of second defendant) (State)
whose address is BOISE, IDAHO UNKNOWN,
and who is employed as DIRECTOR OF INTERSTATE MEDICAL SERVICES, IDAHO DEPT OF CORRECTIONS
(Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ____ No. If your answer if "Yes," briefly explain: MRS DOLAN IS A REGISTERED NURSE, SHE WORKS FOR IDOC, AND OVERSEES ALL MEDICAL AUTHORITY OF GEO MEDICAL, AND SCC CCA, MEDICAL DEPT, ARIZONA, AS MEDICAL COMPLIANCE CONTRACTUAL MANAGER, INTERSTATE,

#2. (FACTUAL BASIS OF CLAIM) SHE IS ALLOWING THE MEDICAL DEPT IN ARIZONA, NOT TO PROVIDE MEDICAL CARE FOR PRE-EXISTING CONDITIONS, NOT PROVIDING MEDS, EYE GLASSES, GLYCOMA EXAM, KNEE WRAP, VERTIGO CARE, DUE TO NOT FOLLOWING POLICY + IDOC PROCEDURES, OR GIVING ME MY PROPERTY I.E, GLASSES - KNEE BRACE - OTC MEDS - IN PROPERTY FOR 6 MONTHS NOW!

**NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.**

**B. JURISDICTION**

Jurisdiction is asserted pursuant to Idaho Code § 1-705 and Idaho Code § 18-310(1).

#3. (LEGAL BASIS) THIS VIOLATES MY CIVIL RIGHTS, TO RECEIVE LIFES BASIC, MINIMAL MEDICAL CARE AND VIOLATION OF STATE AND FEDERAL LAW, TO PROVIDE CARE, AS SHE KNOWS OF AND DISREGUARDS ALL HARM + FUTURE PAIN + SUFFERING, AS D.I. IT QUALIFIES FOR VIOLATION OF THE 8TH AMENDMENT.



#4. Black out + Fainting spells, NO MEDICATION, KNEE SWELLING, GLYCOMA DAMAGE,
#5. PROVIDE ME WITH MEDICAL CARE, + EYE CARE, #6.+7, SAME AS DEFENDANT #1

MY FAMILY AND OTHERS HAVE CONTACTED VARIOUS CONGRESSMEN AND SENATORS, GOVERNORS IN IDAHO + ARIZONA TRYING TO GET RELIEF FOR ME, AND TO STOP THE RETALIATION, WE ARE ALL RECEIVING NO SUPPORT, THEY SUGEST WE SUE IDAHO AND NOW I HEAR, IDAHO IS TRYING TO SENT ANOTHER 1000 INMATES HERE SOMETHING MUST BE DONE!

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| USA-ID | 1:19-CV-268-DCN | CORIZON | DISCOVERY PHASE | NO |
| USA-ID | CV-270-REB | IDOC - LEE - HIGGINS | DISCOVERY PHASE | NO |
| USA-ID | CV-271-REB | IDOC - BADES - CARLIN | DISCOVERY PHASE | NO |
| USA-ID | TEXAS-DR-19-CV-055 | GEO CORP. | INITIAL REVIEW | NO |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I CAN NOT COMPETE WITH THE ATTORNEY GENERAL AND SEASONED - VETERAN ATTORNEYS.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 2-28-21 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on FEBUARY 21 *(date)*; OR *(specify other method)* DEPOSITE IN INMATE MAIL SYSTEM

Executed at SCC/CCA, ARIZONA *(Location)* on 3-1-21 *(Date)*.

[signature]
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*